NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERBERT WAYNE WILSON,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D18-3479
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____     )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.